> Local Rule 1.05(c)                    * Page 1

                                    8:22-cv-462-CEH-JSS

"UNITED STATES DISTRICT COURT"
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

"PRO SE"

> RANDY A. HART,           > CASE NUMBER:
  #2138649  W/M               To Be Set.
  Plaintiff,
        VS.

> AUBURNDALE POLICE
  DEPARTMENT [IN] POLK
  COUNTY, **FL**. et. al,
  Defendants.            / Local Rule 1.05 (c)

"CIVIL RIGHTS COMPLAINT"
42 U.S.C. § 1983

> The district court exercised its supplemental jurisdiction over state law claims of **false arrest**, battery, and defamation. See 28 U.S.C. § 1367 (a)(Supp. III 1991).

> On November 16th, 2021 Cpl. Morales for the Auburndale Police Department in Polk County, Florida, did willfully **false arrest** the plaintiff at the Walmart Supercenter.

Case 8:22-cv-00462-CEH-J_S   Document 1   Filed 02/25/22   Page 2 of 5 PageID 2

Page 2
CPL. Morales stated to plaintiff during the false arrest that the plaintiff/myself was trespass from the Walmart SuperCenter on November 1, 2021 at 12:23 A.M. *▮▮▮▮*.

> plaintiff/myself explained to CPL. Morales that the Auburndale Super-Center Walmart ▮▮▮▮ locks its door every ▮ Knight at 11:00 P.M. CPL. Morales stated to plaintiff that he didn't care, and that I was under arrest.

> Allegations such as those asserted by Petitioner/plaintiff, however inartfully pleaded, are sufficient to call for the opportunity to offer supporting evidence." See the arrest report, written on November 16, 2021 around 7 P.M. by the Auburndale police Department, in Auburndale, Florida.

*(FALSE ARREST)*
*(CPL. MORALES)*

> Allegations of "pro se" complaint of prisoner, seeking to recover damages for claimed injuries and depriva-

C/FILE

> <u>Haines v. Kerner</u>, 404 <u>U.S.</u> 519 (1972).
> Fed. R. App. P. 3

of rights from the defendants in the amount of (5) Five Million dollars.

> Federal Courts sit not to supervise prisons/jails but to enforce the Constitutional rights of all "persons", including prisoners.

> As said in <u>Conley v. Gibson</u>, 355 <u>U.S.</u> 41, 45-46, 78 S.Ct. 99, 102, 2 L.Ed. 2d 80, that "a Complaint should not be dismissed for failure to state a claim <u>unless</u> it appears beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief.

\* > Plaintiff request from this Court to proceed in forma pauperis as in accordance with 28 U.S.C. § 1915(g).
\* Plaintiff is being held in unlawful detention, against his own will and that alone should be enough for this Court to allow plaintiff to proceed under 28 U.S.C. § 1915(g). C/File

- Local Rule 1.05(c)
- Fed. R. App. P. 3

- The district court exercised its supplemental jurisdiction over state law claims of false arrest, battery, and defamation. See 28 U.S.C. § 1367(a)(supp. III 1991).

- Allegations such as those asserted by plaintiff/petitioner, however inartfully pleaded, are sufficient to call for the opportunity to offer supporting evidence." Allegations of pro se complaint are held to less stringent standards than formal pleadings drafted by lawyers. Haines v. Kerner, 404 U.S. 519 (1972).

Thank You.

* Randy Allen Hart #2138649 / Pro Se *
Randy Allen Hart #2138649 / Pro Se *

- Polk County Jail / South County
  2390 Bob Phillips Road. / 5J-9T-1
  Barstow, Florida. 33830
  February 16, 2022
  LT. Rudolph
  LT. Dort
  SGT. Mitchell
  Ofc. Mendez
  28 U.S.C. § 1915(g)(h)

South County Jail

C/File

## TSG COMMISSARY
### P.O BOX 17490, St Louis, MO 63178-7490
### 33E for POLK FL COMMISSARY

Name: HART, RANDY ALLEN          Bal Before Order: 0.00
ID: 2138649    DOB:              Bal After Order: 0.00
Acct #: 41796                    Order #: 19805143
CPR #: 1260                      Order Date: 02/02/2022
Block: SJ    Tier: 9T    Cell: 01

*Polk County Jail*

19805143-1260

| Bay-Seq | Qty | UOM | Description   | Alias | T | Price |
|---------|-----|-----|---------------|-------|---|-------|
| KA1     |     |     |               |       |   |       |
|         | 1   | EA  | Polk FL Ind 1 | 0646  |   | 0.00  |

Total Pick Qty 1                 SubTotal:    0.00
                                 Tax:         0.00
                                 Total:       0.00

463837          0646

I have checked and received this order with any and all credits/shortages as indicated herein. / 28 U.S.C. § 1915 (g)

Signed: *Randy Allen Hart*    Date: 2-16-22

Witnessed By: _____    Date: _____

28 U.S.C. § 1915 (g)      / Indigent
28 U.S.C. § 1915 (h)      / Status